# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES BUCK,<br><br>　　　　Defendant. | 2:11-CR-181<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JAMES BUCK |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JAMES BUCK, 01959951**, before the United States Magistrate Judge at Las Vegas, Nevada, on or about ___I/A&A/P Wed: 5/18/11 3:00 PM  RJJ  3D___, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED:** May 10, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
CRISTINA SILVA
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-181 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JAMES BUCK |
| JAMES BUCK, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JAMES BUCK**, 01959951, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **JAMES BUCK** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **JAMES BUCK** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on _____ I/A&A/P Wed: 5/18/11 3:00 PM  RJJ  3D _____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JAMES BUCK** before the United States Magistrate Judge on or about _____ I/A&A/P Wed: 5/18/11 3:00 PM  RJJ  3D _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
2  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention
3  Center and to the United States Marshal for the District of Nevada, commanding them to
4  produce the said **JAMES BUCK** before the United States District Court on or about
5  I/A&A/P Wed: 5/18/11 3:00 PM   RJJ   3D , and from time to time and day to day thereafter,
6  at such times and places as may be ordered and directed by the Court entitled above, to
7  appear before the Court, and when excused by the said Court, to be returned to the custody
8  of the Warden, Clark County Detention Center, Las Vegas, Nevada.
9  **DATED** this _10_ day of May 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

CRISTINA SILVA
Assistant United States Attorney

2