# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BUCK,

    Defendant.

Case No.: 2:11-cr-00181-KJD-CWH

**ORDER
RE: MOTION TO WITHDRAW
AS ATTORNEY OF RECORD**

IT IS HEREBY ORDERED that Daniel J. Cowhig, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Daniel J. Cowhig shall be removed from the CM/ECF service list in this case.

Dated: February 20, 2020

_____
**HONORABLE KENT J. DAWSON**
United States District Court Judge